B6 Summary (Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Southern District of Florida

In re   **Yazmin Milagros Gonzalez**

Debtor(s)

Case No.   **12-13966**

Chapter   **7**

## SUMMARY OF SCHEDULES - AMENDED

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7,11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $108,615.00 | | |
| B - Personal Property | Yes | 4 | $43,650.77 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | $180,510.22 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | | | $0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | | | $222,904.39 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | $4,510.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | | | | $1,358.33 |
| TOTAL | | 10 | $152,265.77 | $403,414.61 | |

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
## Southern District of Florida

In re   **Yazmin Milagros Gonzalez**                Case No.   **12-13966**
                                    Debtor(s)            Chapter   **7**

## AMENDED
## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

This information is for statistical purposes only under 28 U.S.C. § 159.

Summarize the following types of liabilities, as reported in the Schedules, and total them.

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $0.00 |
| Student Loan Obligations (from Schedule F) | $0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $0.00 |
| TOTAL | $0.00 |

State the following:

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $4,510.00 |
| Average Expenses (from Schedule J, Line 18) | $1,358.33 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | $4,510.00 |

State the following:

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $0.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $0.00 |
| 4. Total from Schedule F | | $222,904.39 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $222,904.39 |

B6A (Official Form 6A) (12/07)

In re    **Yazmin Milagros Gonzalez**                                                    Case No.    **12-13966**
_____
Debtor(s)
**FIRST AMENDED**

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "none" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband Wife Joint or Comm- unity | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| 1645 SW 122nd Avenue, Apt #4 Miami, FL 33175-7326 | Fee Simple | W | $108,615.00 | $167,460 |
| | | Total: | $108,615.00 | |

(Report also on Summary of Schedules)

Sheet 1 of 1 total sheets in Schedule of Real Property

Software Copyright (c) 1996-2009 CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

In re **Yazmin Milagros Gonzalez** _____                    Case No.   **12-13966**

                                                                                    Debtor(s)

**FIRST AMENDED**

## SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint or Community | Current Value of Debtor's Interest In Property, With-Out Deducting Any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | | **Cash** | - | $3.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking Account (personal) 8165220** | - | $0.00 |
| | | **Savings (business) 965029** | - | $27.77 |
| | | **Checking (business)820995** | - | -0- |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | **None.** | - | $0.00 |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **Living Room: sleeper/sectional sofa, TV stand, 42" screen TV, play station 3, receiver** | - | $400.00 |
| | | **Office: folding table, 2 folding plastic chairs, desk, filing cabinet, computer, printer, flat screen monitor, rusted freezer** | - | $250.00 |
| | | **Kitchen: washer/dryer, refrigerator, electric stove, microwave, dishwasher, plates/utensils/pots/pans** | - | $450.00 |
| | | **Bedroom #1: two cribs, 24" tubular TV, dresser, kids table, toy chest** | - | $150.00 |
| | | **Bedroom #2: dresser, flat screen 13" TV, Nintendo Wii, VHS/DVD player, queen size bed** | - | $100.00 |
| | | **Bedroom #3: two armoires, 28" tubular TV, bookshelf, king size mattress** | - | $100.00 |

B 6B (Official Form 6B) (12/07) - Cont.

In re   **Yazmin Milagros Gonzalez**
_____
Debtor

Case No. **12-13966**
_____
(If known)

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint or Community | Current Value of Debtor's Interest In Property, With-Out Deducting Any Secured Claim or Exemption |
|---|---|---|---|---|
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **Family Photos** | - | $5.00 |
| 6. Wearing apparel. | | **Clothing** | - | $50.00 |
| 7. Furs and jewelry. | | **Costume Jewelry** | - | $15.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | | **None** | - | $0.00 |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **None.** | - | $0.00 |
| 10. Annuities. Itemize and name each issuer. | | **None.** | - | $0.00 |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | | **None.** | - | $0.00 |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **None.** | - | $0.00 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **100% stock interest in business** | - | Unknown |
| 14. Interests in partnerships or joint ventures. Itemize. | | **None.** | - | $0.00 |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | | **None.** | - | $0.00 |
| 16. Accounts receivable. | | **All Accounts Receivable** | - | $0.00 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | | **Child Support back pay (not currently collectible)** | - | $33,000.00 |

Software Copyright (c) 1996-2013 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

B 6B (Official Form 6B) (12/07) - Cont.

In re   **Yazmin Milagros Gonzalez**                                    Case No. **12-13966**
                    Debtor                                                              (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint or Community | Current Value of Debtor's Interest In Property, With-Out Deducting Any Secured Claim or Exemption |
|---|---|---|---|---|
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | None. | - | $0.00 |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | | None. | - | $0.00 |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | | None. | - | $0.00 |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | | - | $0.00 |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | | None. | - | $0.00 |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | License: 601 (803 gas license); 804 pipeline license; gas certificate of competency (Broward County); gas contractor's license (Dade County); women/minority owned business certificate (federal) | - | Unknown |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | | None. | - | $0.00 |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2006 Toyota Tundra | - | $8,900 |
| 26. Boats, motors, and accessories. | | None. | - | $0.00 |
| 27. Aircraft and accessories. | | None. | - | $0.00 |
| 28. Office equipment, furnishings, and supplies. | | None (see Office description above). | - | $0.00 |

B 6B (Official Form 6B) (12/07) - Cont.

In re   __Yazmin Milagros Gonzalez_____                    Case No. __12-13966_____
                        **Debtor**                                                                    (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint or Community | Current Value of Debtor's Interest In Property, With-Out Deducting Any Secured Claim or Exemption |
|---|---|---|---|---|
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **Power drills, hammers, screwdrivers, pipe wrenches, shovels, pick, wheelbarrow, nuts/bolts/screws/elbows, galvanized piping, stainless steel piping** | - | $200.00 |
| 30. Inventory. | | **None.** | - | $0.00 |
| 31. Animals. | | **None.** | - | $0.00 |
| 32. Crops - growing or harvested. Give particulars. | | **None.** | - | $0.00 |
| 33. Farming equipment and implements. | | **None.** | - | $0.00 |
| 34. Farm supplies, chemicals, and feed. | | **None.** | - | $0.00 |
| 35. Other personal property of any kind not already listed. Itemize. | | **None.** | - | $0.00 |

|  |  |
|---|---|
| Total > | $43,650.77 |

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2013 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

B6C (Official Form 6C) (04/10)

In re **Yazmin Milagros Gonzalez** _____    Case No. ┆ **12-13966** _____

Debtor(s)

**FIRST AMENDED**

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)

☐ 11 U.S.C. §522(b)(2)
☒ 11 U.S.C. §522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds $146,450.*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** | | | |
| **1645 SW 122nd Avenue, Apt #4 Miami, FL 33175-7326** | Fla. Const. art. X, § 4(a)(1); Fla. Stat. Ann. §§ 222.01 & 222.02 | 108,615.00 | 108,615.00 |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| **2006 Toyota Tundra** | Fla. Stat. Ann. § 222.25(1) | 1,000.00 | |
| | Fla. Const. art. X, § 4(a)(2) | 1,000.00 | $8,900 |
| | Total: | 110,615.00 | 117,551.00 |

*Amount subject to adjustment on 4/1/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.
Schedule of Property Claimed as Exempt consists of 1 total page(s)

Software Copyright (c) 1996-2013 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re    **Yazmin Milagros Gonzalez**
_____
Debtor(s)

Case No.    **12-13966**

## FIRST AMENDED
## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER *(See Instructions Above)* | C O D E B T O R | Husband, Wife, Joint or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| **Bank of America c/o Jeffrey Trinz, Esquire Akerman Senterfitt One SE Third Avenue 25th Floor Miami, FL 33131-1714** | | N A | | 1st mortgage incurred January 2003<br><br>VALUE | | | | **$114,861.22** | |
| ACCOUNT NO. | | | | | | | | | |
| **Bank of America, N.A. Law Offices of Daniel Consuegra 9204 King Plan Drive Tampa, FL 33619** | | N A | | 1st mortgage incurred January 2003<br>VALUE | | | | **$114,861.22** | |

Sheet 1 of 2 total sheets in Schedule of Creditors Holding Secured Claims

Software Copyright (c) 1996-2009 CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.
In re   **Yazmin Milagros Gonzalez**
                                                              Case No.   **12-13966**
                                Debtor(s)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER *(See Instructions Above)* | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| | | | *Husband, Wife, Joint or Community* | | | | | |
| ACCOUNT NO.<br><br>**International Princess Condominium Assn.**<br><br>c/o Eisinger, Brown, Lewis, et al.<br><br>**4000 Hollywood Blvd, Suite 265-S**<br><br>**Hollywood, FL 33021** | | N A | unpaid condo assessments<br><br><br>VALUE | | | | estimated $3,000 | |
| ACCOUNT NO.<br>**PNC formerly National City Bank**<br>**The PNC Financial Services Group,**<br>**USX Tower, 600 Grant Street,**<br>**Mailstop P6-PUSX-36-1**<br>**Pittsburgh, PA 15219** | | N A | equity line of credit incurred 2006<br><br><br>VALUE | | | | $50,000 | |
| ACCOUNT NO.<br>**Cars N Cars Inc.**<br>**3094 NW 27 Avenue**<br>**Miami, FL 33142** | | N A | car loan incurred August 2013<br>VALUE | | | | $12,649.00 | |

|  | (Report also on Summary of Schedules) | If applicable, report also on Statistical Summary of Certain Liabilities and Related Data) |
|---|---|---|
| Total(s)<br>(Use only on last page) | **$180,510.22** | |

Sheet 2 of 2 total sheets in Schedule of Creditors Holding Secured Claims

B6G (Official Form 6G) (12/07)

In re    __Yazmin Milagros Gonzalez_____    Case No.    __12-13966_____
                                                            Debtor(s)

**FIRST AMENDED**
## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

    Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Calhoun Warehouse Parnership<br>13255 SW 135 Avenue<br>Miami, FL 33186 | Business lease for DNK Services, Inc. |

Sheet 1 of 1 total sheets in Schedule of
Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2013 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

B6I (Official Form 6I) (12/07)

In re   **Yazmin Milagros Gonzalez**                                      Case No.   **12-13966**
                                              Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)
## FIRST AMENDED

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | | |
|---|---|---|---|
| **Married** | RELATIONSHIP(S):<br>**Daughter**<br>**Daughter**<br>**Son**<br>**Daughter**<br>**Daughter** | AGE(S):<br>**10**<br>**14**<br>**17**<br>**2**<br>**6 months** | |

| Employment: | DEBTOR | | SPOUSE |
|---|---|---|---|
| Occupation | **Natural Gas and Propane Contract** | | |
| Name of Employer | **DNK Services Inc.** | | |
| How long employed | **6 years** | | |
| Address of Employer | **1645 SW 122nd Lane # 4**<br>**Miami, FL 33175-7326** | | |

INCOME: (Estimate of average or projected monthly income at time case filed)

| | | DEBTOR | SPOUSE |
|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ | 3960.00 | $ 1930.00 |
| 2. Estimate monthly overtime | $ | 0.00 | $ 0.00 |
| 3. SUBTOTAL | $ | 386000 | $ 1930.00 |
| 4. LESS PAYROLL DEDUCTIONS | | | |
|    a. Payroll taxes and social security | $ | 0.00 | $ 0.00 |
|    b. Insurance | $ | 0.00 | $ 0.00 |
|    c. Union dues | $ | 0.00 | $ 0.00 |
|    d. Other (Specify): | $ | 0.00 | $ 0.00 |
| | $ | 0.00 | $ 0.00 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | 0.00 | $ 0.00 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | 3860.00 | $ 0.00 |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ | 0.00 | $ 0.00 |
| 8. Income from real property | $ | 0.00 | $ 0.00 |
| 9. Interest and dividends | $ | 0.00 | $ 0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above   [child support for one child] | $ | 650.00 | $ 0.00 |
| 11. Social security or government assistance (Specify): | $ | | $ 0.00 |
| | $ | 0.00 | $ 0.00 |
| 12. Pension or retirement income | $ | 0.00 | $ 0.00 |
| 13. Other monthly income (Specify): | $ | 0.00 | $ 0.00 |
| | $ | 0.00 | $ 0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | .00 | $ 0.00 |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ | | $ 0.00 |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | $ | 4510.00 | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Southern District of Florida

In re   **Yazmin Milagros Gonzalez**

Debtor(s)

Case No.   **12-13966**

Chapter   **7**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

       I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of  **11**   sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **January 2, 2014**

Signature   */s/*
                **Yazmin Milagros Gonzalez**
                Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.